**PROSPER LAW GROUP, LLP**
Gordon F. Dickson, Esq. SBN 136857
Deborah P. Gutierrez, Esq. SBN 240383
Penelope P. Bergman, Esq. SBN 220452
Amanda L. Gray, Esq. SBN 244644
6100 Center Drive, Suite 1050
Los Angeles, California 90045
Telephone: (310) 893-6200
Facsimile:  (310) 988-2930

Attorneys for Plaintiff,
Andrew Heying

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HEYING, an individual,<br><br>                      Plaintiff,<br><br>     vs.<br><br>COUNTRYWIDE HOME LOANS, INC. D/B/A AMERICA'S WHOLESALE LENDER; BANK OF AMERICA, N.A., D/B/A BAC HOME LOANS SERVICING, LP; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-19 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-19; and Does 1-10, inclusive,<br><br>                      Defendants. | CASE NUMBER:<br><br>     **CV11-6098 PA**<br><br>**ORDER RE:<br>STIPULATION TO DISMISS CASE WITHOUT PREJUDICE AND FOR A MUTUAL WAIVER OF FEES AND COSTS** |

The Court having considered the Parties' Stipulation To Dismiss Case Without Prejudice and For a Mutual Waiver of Fees and Costs, hereby:

**ORDERS** dismissal of the action against all Defendants <u>without</u> prejudice.

Dated <u>May 23, 2012</u>

_____
U. S. District Judge/U.S. Magistrate Judge